# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, NA, | CASE NO. CV F 10-2294 LJO MJS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 7.) |
| LUIS LOPEZ, et al., | |
| Defendants. / | |

For the reasons stated in plaintiff's motion to dismiss (doc. 7), this Court:

1. DISMISSES this moot unlawful detainer action which was wrongly removed to this Court given this Court's lack of subject matter jurisdiction;

2. VACATES all pending matters and dates, including the July 14, 2011 scheduling conference; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   May 4, 2011                              /s/ Lawrence J. O'Neill
                                                       UNITED STATES DISTRICT JUDGE

1